Submitted on record and briefs June 14, conviction affirmed; jail term probation
condition vacated; remanded for resentencing August 21, 1991

# STATE OF OREGON,
*Respondent,*

*v.*

# MICHAEL RAY JOHNSTON,
*Appellant.*

(W9025557; CA A66805)

814 P2d 563

Michael Curtis, Hillsboro, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant pleaded guilty to driving while his license was revoked. ORS 811.182. The state concedes that the trial court erred in imposing a jail term as a condition of probation. *See* ORS 137.540(2); *State v. Wold,* 105 Or App 158, 803 P2d 782 (1991).

Conviction affirmed; jail term probation condition vacated; remanded for resentencing.